IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BROADBAND FACILITY PARTNERS, LLC, a Colorado limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>TEN X CAPITAL PARTNERS III, LLC, SERIES D, a Delaware limited liability company, d/b/a CHICAGO FIBER SYSTEMS,<br><br>Defendant. | Civil Action No. _____<br><br><br>FILED: MARCH 20, 2008<br>08CV1623         AEE<br>JUDGE LEINENWEBER<br>MAGISTRATE JUDGE BROWN |

**PLAINTIFF BROADBAND FACILITY PARTNERS, LLC'S
NOTIFICATION OF AFFILIATES -- DISCLOSURE STATEMENT**

Plaintiff Broadband Facility Partners, LLC, ("Broadband") submits this Disclosure Statement providing notification to the Court of its affiliates pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.2. Broadband has no publicly traded affiliates.

Dated: March 18, 2008

BROADBAND FACILITY PARTNERS, LLC


By: _s/ Kendric M. Cobb_____
     One of Plaintiffs' Attorneys

Marshall Seeder (#3127674)
Jennifer Yule DePriest
Kendric M. Cobb (#6282673)
Reed Smith LLP
10 South Wacker Drive
Chicago, Illinois 60606
(312) 207-1000

**ATTORNEYS FOR Plaintiff
Broadband Facility Partners, LLC**