# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Broadband Facility Partners, LLC

                              Plaintiff,

v.                                                        Case No.: 1:08−cv−01623

                                                             Honorable Harry D. Leinenweber

Ten X Capital Partners, III, LLC, Series D

                              Defendant.


## ORDER REFERRING A CIVIL CASE TO THE DESIGNATED MAGISTRATE JUDGE


     Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of Magistrate Judge for the purpose of holding proceedings related to: settlement conference.(wp, )Mailed notice.


Dated: June 26, 2008

                                                                                           /s/ Harry D. Leinenweber

                                                                                          United States District Judge