IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BROADBAND FACILITY PARTNERS, LLC, a Colorado limited liability company,<br><br>　　　　Plaintiff,<br><br>v.<br><br>TEN X CAPITAL PARTNERS III, LLC, SERIES D, a Delaware limited liability company, d/b/a CHICAGO FIBER SYSTEMS,<br><br>　　　　Defendant. | Civil Action No. 08 C 01623<br><br>Judge Leinenweber<br><br>**File with: Magistrate Judge Brown** |

## JOINT STATUS REPORT

Plaintiff Broadband Facility Partners, LLC ("Broadband") and TexX Capital Partners III, Series D ("TenX"), by and through their attorneys, and pursuant to the Court's Standing Order for Initial Status Report, hereby submit the following Joint Status Report:

**I.   Summary of Claims**

*Broadband's allegations:*

Broadband is in the primary business of brokering telecommunication network assets and providing valuation expertise and sourcing network solutions services to the telecommunications industry, and typically receives a commission in the range of 10% to 15% of any transaction's value. In mid-2006, TenX engaged Broadband for the purpose of developing a strategy for the network assets of Chicago Fiber Systems, a commercial fiber optic service company owned and operated by TenX. Broadband found a prospective buyer for those assets, and after months of working on TenX's behalf, that transaction closed for an amount believed to be in excess of $8 million. Broadband alleges that TenX has refused to adequately compensate Broadband for the

- 2 -

services it provided, and asserts in this lawsuit claims for quantum meruit and, alternatively, promissory estoppel.

*TenX's response:*

TenX admits that Broadband introduced the above-referenced buyer to TenX, but denies the material allegations of Broadband's claims.

II. **Statement of Relief Sought**

Broadband seeks, under its quantum meruit theory, the reasonable value of the services it provided to TenX, which Broadband alleges is approximately $960,000 (equal to a 12% commission fee based on a transactional value of $8 million). Alternatively, Broadband seeks at least $350,000 as compensation for the services it provided to TenX, under a theory of promissory estoppel.

III. **Matter Before the Magistrate Judge**

This matter has been referred to Magistrate Judge Brown for the purpose of holding a settlement conference.

IV. **Status of any Briefing on Matters Referred**

N/A

V. **Referral for Discovery Matters**

N/A

VI. **Consent to Trial Before Magistrate Judge**

The parties at this time do not consent to trial before the Magistrate Judge.

### VII. Deadlines Set By District Judge

No deadlines for discovery cut-off, pretrial submissions or trial have been set by the District Judge. A status hearing before Judge Leinenweber has been set for September 3, 2008 at 9:00 a.m.

### VIII. Status of Settlement Negotiations

Prior to filing of this lawsuit, the parties engaged in some limited settlement discussions.

Dated: July 16, 2008

        Respectfully submitted,

        BROADBAND FACILITY PARTNERS, LLC

By: *s/ Jennifer Yule DePriest*
One of Its Attorneys
Marshall Seeder (#3127674)
Jennifer Y. DePriest (#6272137)
Kendric M. Cobb (#6282673)
Reed Smith LLP
10 S. Wacker Drive
Chicago, Illinois 60606
(312) 207-1000
(312) 207-6400
jdepriest@reedsmith.com

Andrew M. Schauer (admitted *pro hac vice*)
Jin & Schauer LLC
600 17th Street, Suite 2700 South Tower
Denver, CO 80202
720-889-2214

TEN X CAPITAL PARTNERS III, LLC, SERIES D

By: *s/ Eric P. Sparks*
One of its Attorneys
Paul W. Carroll (#6196314)
Eric P. Sparks (#6279842)
Gould & Ratner LLP
222 N. LaSalle Street, Suite 800
Chicago, Illinois 60601
(312) 236-3003

## CERTIFICATE OF SERVICE

I hereby certify that on July 16, 2008, a copy of the foregoing **Joint Status Report** was filed electronically. Notice of this filing will be sent to counsel of record by operation of the Court's electronic filing system.

                                                /s/ *Jennifer Yule DePriest*
                                                Jennifer Yule DePriest

CHILIB-2192324.1-jydeprie