## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Broadband Facility Partners, LLC

                         Plaintiff,

v.                                                       Case No.: 1:08−cv−01623

                                                             Honorable Harry D. Leinenweber

Ten X Capital Partners, III, LLC, Series D

                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, July 18, 2008:

      MINUTE entry before the Honorable Geraldine Soat Brown:Status hearing held. Settlement conference set for 09/04/08 at 1:30 p.m. Plaintiff shall serve the settlement letter on the defendant pursuant to paragraph one of this Court's standing order for settlement conference by 08/01/08. The defendant shall serve the responsive letter to the plaintiff's demand letter by 08/15/08. Following the exchange of letters, counsel for the parties shall have a telephone conference to see whether this case can settle on the basis of the letters. If the case cannot be settled on the basis of the letters, counsel for the plaintiff shall fax or deliver copies of the parties' settlement letters to this Court's courtroom deputy by 08/29/08. Notice mailed by judge's staff (ntf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.